# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| EARNEST DRAPER, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) Case No. CIV-18-1114-R |
| UNITED STATES, et al., | ) |
| Defendant. | ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Bernard M. Jones entered February 12, 2019. Doc. No. 17. Therein he recommended that Plaintiff's Complaint be dismissed for Plaintiff's failure to respond to the court's Orders. No objection to the Report and Recommendation has been filed nor has Plaintiff sought an extension of time in which to object. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 12th day of March 2019.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE